*James H. Skelton,* contra.

---

## SIKES *v.* THE STATE.

SIMMONS, C. J.    1. While it appeared that one of the jurors had before the trial moved into another county and was living there, the affidavit of the juror showed that he was on a temporary visit to such county, without any intention of changing his residence, and fully intended to return. The trial judge was therefore authorized to find that the juror was not disqualified.

2. There was evidence to support the verdict.

> *Judgment affirmed.    All the Justices concurring, except Lewis, J., absent.*

Submitted July 21, — Decided August 8, 1902.

Indictment for assault and battery.    Before Judge Fite.    Catoosa superior court.    April 7, 1902.

*W. E. Mann,* for plaintiff in error.

*Sam. P. Maddox, solicitor-general,* contra.

---

## McFARLIN *v.* THE STATE.

SIMMONS, C. J.    No error of law was complained of, and the evidence was sufficient to authorize the verdict.

> *Judgment affirmed.    All the Justices concurring, except Lewis, J., absent.*

Argued July 21, — Decided August 8, 1902.

Indictment for arson.    Before Judge Harris.    Troup superior court.    June 7, 1902.

*W. A. Post,* for plaintiff in error.

*T. A. Atkinson, solicitor-general,* and *A. H. Thompson,* contra.